DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOYCE NDIMBIE,**
Appellant,

v.

**SOUTHWEST HAMMOCKS LLLP,**
Appellee.

No. 4D2024-2811

[January 8, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE 24-55103(56).

Joyce Ndimbie, Fort Lauderdale, pro se.

Kirk D. De Leon of De Leon & De Leon, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***